UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/4/09

---

JACINTO SANCHEZ,

        Plaintiff,

-v-

NEW YORK CITY POLICE DEPARTMENT, *et al.*,

        Defendants.

---

No. 08 Civ. 7158 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Before the Court is the March 9, 2009 motion to dismiss filed by Defendants New York City Police Department, New York City Housing Authority, and Frank Dantuano. (Doc. No. 16.) Pursuant to the briefing schedule that was previously set by the Court, Plaintiff was directed to file his opposition to Defendants' motion by April 20, 2009. (Doc. No. 11.) However, as of the date of this Order, the Court has not received Plaintiff's submission.

Accordingly, Plaintiff is HEREBY ORDERED to submit his opposition papers by May 15, 2009. If Plaintiff fails to comply with this Order, Defendants' motion will be deemed unopposed and resolved as such.

SO ORDERED.

Dated:      May 4, 2009
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Jacinto Sanchez
2410800032
AMKC
18-18 Hazen Street
East Elmhurst, New York  11370

David M. Hazan, Esq.
Special Federal Litigation Division
The City of New York Law Department
100 Church Street
New York, New York 10007