UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/09

JACINTO SANCHEZ,

          Plaintiff,

-v-

NEW YORK CITY POLICE DEPARTMENT, *et al.*,

          Defendants.

No. 08 Civ. 7158 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Plaintiff's May 6, 2009 letter, in which he represents to the Court that he has obtained counsel and requests an additional thirty days to respond to Defendants' pending motion to dismiss. Plaintiff's requests is granted.

    Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's counsel shall file a notice of appearance in this action forthwith, and not later than May 15, 2009.

    IT IS FURTHER ORDERED THAT Plaintiff shall file his opposition to Defendants' pending motion by June 15, 2009. No further extensions will be granted absent truly compelling circumstances.

SO ORDERED.

Dated:    May 11, 2009
           New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Jacinto Sanchez
2410800032
AMKC
18-18 Hazen Street
East Elmhurst, New York  11370

Andrew F. Plasse
352 Seventh Avenue
Suite 1242
New York, New York 10001-5012

David M. Hazan, Esq.
Special Federal Litigation Division
The City of New York Law Department
100 Church Street
New York, New York 10007